# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC BOWMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:12-cv-277-JMS-DML ) |
| STATE OF INDIANA, et al., | ) ) |
| Defendants. | ) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the plaintiff take nothing by his complaint and that this cause of action is **dismissed.**

Date: 07/30/2012

**Laura Briggs, Clerk**
**United States District Court**

*(signature)*
**By: Deputy Clerk**

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

ERIC R. BOWMAN
1486 Stanford Drive
Avon, IN 46123